## IN THE UNITED STATES DISTRICT COURT FOR
## THE CENTRAL DISTRICT OF ILLINOIS

JERMALE MURPHY, SR. and MEGAN    )
WHITNEY, as Special Administrators of    )
the Estate of JERMYLIN DEYVAUGHN    )
MURPHY, deceased,    )
    )
    Plaintiffs,    )    09-CV 02062
    )
v.    )
    )
    )
FISHER-PRICE, INC. and    )
TARGET CORPORATION,    )
    )
    Defendants.    )

### PLAINTIFFS' FIRST REQUEST FOR PRODUCTION
### TO DEFENDANT FISHER-PRICE, INC.

Plaintiffs, Jermale Murphy, Sr. and Megan Whitney, as Special Administrators of the Estate

of Jermylin Deyvaughn Murphy, deceased, by and through their undersigned counsel and pursuant

to Rule 34 of the Federal Rules of Civil Procedure, request Defendant, Fisher-Price, Inc., to produce

for their inspection and/or copying the following documents in accordance with the following

instructions and definitions:

### INSTRUCTIONS

A.    You are directed to separately identify and label the materials requested to

correspond with the categories in the request.

B.    Unless an original is specifically requested, in lieu thereof you may produce a true

and correct copy in legible condition.

C.    If objection is made to part of an item or category requested, you are directed to

specify the part or category to which objection is made, state all grounds upon which the objection

is made, and identify the legal basis for each objection.



## DEFINITIONS

A.     The term **"document"** as used in these requests refers to every writing, drawing, graph, chart, photograph, electronically recorded and stored material, digitally recorded and stored material, and other data compilations from which information may be obtained, translated, if necessary, into reasonably usable form, including but not limited to notes, contracts, letters, memoranda, messages, logs, diaries, forms, card files, journals, ledgers, computer printouts, tapes, discs, computer-stored data, facsimile (fax) reproductions, reports, statistical compilations, computations, pictures, minutes, manuals, pamphlets, and books of every nature.

B.     The term **"writing"** as used in these requests applies to all words, phrases, numbers, lines, and symbols, whether hand written, printed, typed, mimeographed, photocopied, fax reproduced, photographed, microfilmed, microfiched, electronically recorded, digitally recorded, recorded by analog device, computerized, or otherwise stored, produced or reproduced.

C.     The term **"communication"** as used in these requests refers to oral or written utterances and communications in words, pictures, signs, symbols, or data, whether transmitted in person, by telephone, by electronic means, modem, or any other manner.

D.     The term **"correspondence"** means the original or copy of any document or writing such as a letter, note card, E-mail message, fax message, computerized network message, or other written communication which was sent by one person or entity to another.

E.     The term **"statement"** as used in these requests refers to any communication reduced to a writing or record.

F.     The terms **"you"** or **"your"** as used in these requests refer to Fisher-Price, Inc. and anyone acting for or on its behalf.

## REQUESTS

1. All manufacturing agreements relating to the manufacture of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

2. All documents relating to the research, development, testing, and analysis of manufacturing techniques for the production of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

3. All patents and applications for patents for the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, or for the manufacturing process for said swing.

4. All documents relating to manufacturing policies or procedures for the manufacture of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

5. All documents relating to changes in the manufacturing process or procedures for the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, including documents which describe the change, when the change was made and why.

6. All documents relating to training or instruction given to any person or entity involved in the manufacture of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

7. All contracts, requests, correspondence, memoranda, and specifications exchanged between you and any other person or entity with regard to the design or manufacturing of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

8. All documents relating to the design specifications of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

3

9. All documents relating to changes in the design specifications of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, including any documents which describe the change, when the change was made and why.

10. All documents relating to training or instruction given to any person or entity involved in the design of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

11. All product data sheets and bulletins relating to the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

12. All schematic drawings of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, including any schematic or diagram which documents improvements or design changes, whether those improvements or changes were ultimately put into production or not.

13. All documents, records or reports containing the results of any evaluations or tests performed on the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, which was made by you (during or after the manufacturing process) or by an independent company, organization, agency or consultant who is not employed in anticipation of litigation.

14. All documents, records or reports containing the results of any evaluations or tests performed on a seat cushion, seat pad, or the seat fabric used in the seat of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, which was made by you (during or after the manufacturing process) or by an independent company, organization, agency or consultant who is not employed in anticipation of litigation.

15. All documents relating to any tests or studies concerning any dangers associated with the use of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

16.     All reports, memoranda, and correspondence directed to any government agency regarding testing of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

17.     All reports, memoranda, and correspondence from any government agency directed to you regarding testing of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

18.     All instructions and warnings provided with the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

19.     All instructions and warnings developed for the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, from the time it was first marketed until the present.

20.     All documents (including, but not limited to, rough drafts and internal memoranda) relating to the development of, and any revisions to, the instructions and warnings provided with the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

21.     All label information, including any instructions and warnings, which has ever appeared on the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

22.     All warranties issued or offered in connection with the sales of Fisher-Price Rainforest Open Top Take-Along Swings, product number K7203.

23.     All documents relating to packaging designs, packaging procedures and standards for packaging for the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, along with all changes thereto.

24. All advertising literature or advertising media with respect to the production, marketing, distribution and sales of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, including, but not limited to, all newsprint and television.

25. All documents relating to your marketing strategy for the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, including:

    a. Documents describing your marketing strategy, plans and objectives;

    b. Documents describing your intended market;

    c. Documents relating to pricing;

    d. All press kits and press releases; and

    e. Surveys, polls and marketing analysis.

26. All documents relating to the advertising and promotion of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

27. All documents, including but not limited to videos, computer generated or stored data (e.g. power point presentations), which pertain to or address presentations made by you to any customer or prospective customer relating to the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

28. All product information documents distributed to sales representatives, independent contractors, distributors, or your employees who sold or distributed the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

29. All employee training manuals in the three years preceding January 2, 2008 that contain provisions for ensuring the compliance of the Fisher-Price Rainforest Open Top Take-Along

Swing, product number K7203, with the Code of Federal Regulations and the Federal Hazardous Substances Act.

30.    All documents, including transcripts, reports, memos and letters, relating to any governmental agency hearings concerning the safety of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

31.    If any of your officers, employees or agents has testified before any governmental agency relating to the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, please produce all documents concerning any such testimony.

32.    All documents which reflect reports or transmittal of data from you to any government agency, including the U.S. Consumer Product Safety Commission, and which relates to consumer complaints about the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, during the five years preceding January 2, 2008. This requests includes, but is no way limited to, any documents which reflect reports or transmittal of data pursuant to 15 U.S.C. §2064.

33.    All documents relating to your quality control or quality assurance protocols and procedures utilized in the manufacturing of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

34.    All documents relating to changes in your quality control or quality assurance procedures, criteria and standards, utilized at any time in connection with your manufacture or sale of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, including any documents which describe the change, when the change was made and why.

7

35. All documents relating to training or instruction given to personnel who performed quality control or quality assurance for you in connection with the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

36. All documents referencing or relating to any incident of injury to or death of a consumer while using the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203. This request includes, but is in no way limited to, any reports of such incidents received through the Consumer Produce Safety Commission's Retailer Reporting Model.

37. All documents referencing or relating to any problem, failure, malfunction or defect in the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, that did not result in any injury or death. This request includes, but is in no way limited to, any reports of such incidents received through the Consumer Produce Safety Commission's Retailer Reporting Model.

38. All documents or any other systems of information keeping which documents, collects, maintains or stores in any fashion whatsoever, information relating to any consumer or retailer complaint, report, or suggestion as to the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

39. All documents relating to warranty claims made with respect to the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, including any documents relating to your consideration, approval or denial of warranty claims.

40. All written materials used by your employees or representatives in determining whether to honor a written or implied warranty claim or the amount of compensation to be paid with respect to the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

41. All documents relating to the inspection by you or any one on your behalf of any Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, that was the subject of any claimed or reported problem, failure, malfunction or defect.

42. All models, maps, drawings, photographs and videotapes depicting any claimed or reported problem, failure, malfunction or defect in any Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

43. All documents which contain protocols, policies or procedures for document retention, destruction, or record keeping of any documents or records relating to the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

44. All documents concerning, discussing or referring to any recall or corrective action plan by you of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, because of any actual or potential problem, failure, malfunction, or defect. This request includes, but is not limited to, each press release, consumers letter, retailers letter, poster, phone script and website script.

45. All documents relating to the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, that you have provided to any federal agencies or authorities, or any state or local attorney general or other public or administrative agency or office in any form of legal or administrative action or investigation conducted by and such entity. Such documents shall include, but not be limited to, documents produced regarding research, development, testing or quality of the product, complaints from consumers or commercial entities with respect to the product, its warranties, and any other documents supplied in response to civil or criminal investigative demands or other investigatory procedures by such public authorities or agencies.

46.    All correspondence from the U.S. Consumer Product Safety Commission, including but not limited to its Office of Compliance, requesting any information or documents relating to the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

47.    All correspondence to the U.S. Consumer Product Safety Commission, including but not limited to its Office of Compliance, forwarding any information or documents relating to the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

48.    All progress reports for any corrective action plan or recall relating to the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

49.    All documents which in any way analyze the economic risks relating to any actual or potential problem, failure, malfunction or defect relating to the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

50.    All documents that evidence the total annual unit volume, dollar value and gross sales of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

51.    All of your organizational charts and corporate structure documents beginning with the time that you first manufactured, distributed or sold the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, and continuing to the present.

52.    All organizational charts for each of your subsidiaries, divisions or departments that has had any involvement in the manufacture, packing, testing, sale or distribution of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, covering the time period of such involvement.

53.    The minutes of all meetings of your board of directors, beginning with the time that you first manufactured the Fisher-Price Rainforest Open Top Take-Along Swing, product number

K7203, and continuing to the present, in which any incident, complaint, report or suggestion as to any problem, failure, malfunction or defect in said swing was ever discussed, as well as all documents pertaining to the swing that were distributed at any meeting of your board of directors.

54.     All deposition transcripts of your current or former employees taken in any case involving allegations of defectiveness or failure with respect to any Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

55.     With respect to every person whom you reasonably anticipate to call as an expert witness at the trial of this action, please produce a copy of every scholarly book, treatise, article, professional journal article, or other writing subject to peer review, and all other learned works of a scientific or technical nature written in whole or in part by the person designated.

56.     All correspondence between you and any other person or entity, excluding your attorneys, that references or relates to the death of Jermylin Deyvaughn Murphy.

57.     All patents and applications for patents for the Fisher-Price Rainforest Open Top Take-Along Swings, product numbers K7291 and K7195, or for the manufacturing processes for said swings.

58.     All patents and applications for patents for the Fisher-Price Rainforest Open Top Take-Along Swing, product number M6709, or for the manufacturing process for said swing.

59.     All documents identified by Defendant Fisher-Price, Inc. in its answers to Plaintiffs' interrogatories served concurrently herewith and not otherwise produced herein.

60.     An exemplar Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203.

*   *   *   *   *

11

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to C. Barry Montgomery, Esq. and Edward J. Murphy, Esq., Williams, Montgomery and Johns Ltd., 20 N. Wacker Drive, Suite 2100, Chicago, IL 60606, by U.S. mail this 23rd day of April, 2009.

Shane M. Dean
Florida Bar No.: 499889
BOZEMAN, JENKINS & MATTHEWS, P.A.
114 East Gregory Street (32502)
Post Office Box 13105
Pensacola, FL 32591-3105
(850) 434-6223 Telephone
(850) 434-5242 Facsimile
Email: sdean@bjm-law.com

Gary F. Geisler
Illinois Bar No.: 00930350
GEISLER LAW OFFICES
241 South Main Street
Post Office Box 1547
Decatur, IL 62525-1547
(217) 423-8081 Telephone

Attorneys for Plaintiffs