

**BJM**
**BOZEMAN, JENKINS & MATTHEWS**
Civil Trial Attorneys
A PROFESSIONAL ASSOCIATION

Frank C. Bozeman, Jr.
Frank C. Bozeman, III ••
Shane M. Dean
Michael E. Fenimore
Raymond F. Higgins, III
Thomas R. Jenkins ••+
Larry A. Matthews ••+
Jason B. Onacki
Colleen Cleary Ortiz
Tricia H. Stafford
J. Andrew Tolbert

Pensacola Office
P.O. Box 13105
Pensacola, FL 32591
114 E. Gregory St.
Pensacola, FL 32502
850-434-6223
Fax 850-434-5242
www.bjm-law.com

Ft. Walton Beach Office
850-651-2151

Panama City Office
850-872-0110

• Also admitted in Alabama
• Certified Circuit Court Mediator
+ Board Certified Civil Trial Lawyer

June 5, 2009
**VIA FACSIMILE AND U.S. MAIL**

Edward J. Murphy
Williams Montgomery & John
20 North Wacker Drive
Suite 2100
Chicago, IL 60606

Re: JERMALE MURPHY, SR. and MEGAN WHITNEY, as Special Administrators of the Estate of JERMYLIN MURPHY, deceased v. FISHER-PRICE, INC. and TARGET CORP.
Case No.: 2:09 CV 02062

Dear Ed:

We are yet to receive your clients' responses to Plaintiffs' initial interrogatories and requests to produce despite the expiration of the discovery deadlines. Please provide responses to the discovery to both Fisher-Price and Target within the next 7 days so that we may avoid troubling the court with a motion to compel. Please also consider this our good faith effort to obtain the discovery responses without taking such action.

Your anticipated cooperation in this regard is appreciated. Should you have any questions, please feel free to call.

Sincerely,

BOZEMAN, JENKINS & MATTHEWS, P.A.

Shane M. Dean
SDean@bjm-law.com


EXHIBIT E

## BOZEMAN, JENKINS & MATTHEWS, P.A.
### ATTORNEYS AT LAW
114 E. GREGORY STREET
PENSACOLA, FLORIDA 32502
(850) 434-6223 telephone
(850) 434-5242 facsimile

### FAX TRANSMITTAL COVER SHEET

**TO:** Edward J. Murphy

**FAX NO.:** (312) 630-8586

**FROM:** Shane M. Dean

FILED

**DATE:** June 5, 2009

**ACCOUNT #:** 861.16

**RE:** JERMALE MURPHY, SR. and MEGAN WHITNEY, as Special Administrators of the Estate of JERMYLIN DEYVAUGHN MURPHY, deceased v. FISHER-PRICE, INC. and TARGET CORPORATION

Number of pages (including cover sheet): 2

**REMARKS:**

Original will <u>not</u> follow: _____

Original will follow via:  __X__ Regular Mail
(with ____ or         _____ Overnight
without ____ enclosure)   _____ Hand Delivery

This facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the facsimile is strictly prohibited. If you have received this telecopy in error, please notify us by phone and return the original message to us via U.S. Mail to the address shown above.

**IF YOU EXPERIENCE ANY PROBLEMS WITH THIS TRANSMISSION,
PLEASE CALL (850) 434-6223 AS SOON AS POSSIBLE.**