## Shane Dean

| | |
|---|---|
| **From:** | Murphy, Edward [EJM@willmont.com] |
| **Sent:** | Wednesday, July 01, 2009 2:09 PM |
| **To:** | Shane Dean |
| **Subject:** | Murphy v. Fisher-Price; Our file number 28073.00A2B9 |
| **Attachments:** | WILLMONT-#808609-v1-PROTECTIVE_ORDER.DOC |

Shane: Shortly we will be producing documents in response to your requests. We will need a court order to protect the confidentiality of the documents. I have prepared a proposed order. See attached. Please review it and let me know if you will agree to it.

We sent out the below listed notices recently. Have you received your copies?

1. Subpoena to Decatur Police Department re inspection set for July 16
2. Subpoenas for records from the Macon County Coroner and the medical examiner, Dr. Bowman
3. Notice for Plaintiffs' depositions on July 17.

I continue to work on our responses to your interrogatories and requests for documents. We are making good progress. I will let you know as soon as I can give you a date when we will be sending these out to you.

**Edward J. Murphy**

Williams Montgomery & John

Phone | 312.443.3286  Fax | 312.630.8586
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
ejm@willmont.com | www.willmont.com | Bio | VCard

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.443.3200 and/or by reply e-mail.

**From:** Murphy, Edward
**Sent:** Monday, June 22, 2009 2:11 PM
**To:** 'Shane Dean'
**Subject:** Murphy v. Fisher-Price; Our file number 28073.00A2B9

Shane: I have confirmed the evidence inspection for July 16, 2009 by phone with the Decatur Police Department. I will be sending a subpoena out to the department. I suggest 10 AM. We can take your clients' depositions the next day, Friday July 17. I suggest we start at 9 AM. I will confirm the location and time in a deposition notice.

We are working on answers to your written discovery.


EXHIBIT F

**Edward J. Murphy**

Williams Montgomery & John

Phone | 312.443.3286 Fax | 312.630.8586
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
ejm@willmont.com | www.willmont.com | Bio | VCard

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.443.3200 and/or by reply e-mail.