E-FILED
Friday, 16 April, 2010  03:52:26 PM
Clerk, U.S. District Court, ILCD

JM00865



EXHIBIT
2



JM00866



JM00867



JM00868



JM00869



JM00870