IN THE UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JERMALE MURPHY, SR. and MEGAN WHITNEY, as Special Administrators of the Estate of JERMYLIN DEYVAUGHN MURPHY, deceased, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) 09 CV 02062 |
| v. | )<br>) |
| FISHER-PRICE, INC. and TARGET CORPORATION, | )<br>)<br>) |
| Defendants. | ) |

### NOTICE OF TAKING VIDEOTAPED DEPOSITION DUCES TECUM OF CORPORATE REPRESENTATIVE OF DEFENDANT FISHER-PRICE, INC.

To:   C. Barry Montgomery
      Edward J. Murphy
      Williams Montgomery & John, Ltd.
      20 N. Wacker Drive, Suite 2100
      Chicago, IL 60606
      (312) 443-3283
      Attorneys for Defendants

YOU ARE HEREBY NOTIFIED that on **a date and time to be announced**, before an official court reporter, counsel for Plaintiffs, pursuant to Federal Rule of Civil Procedure 30(b)(6), will take the videotaped deposition of Defendant Fisher-Price, Inc. at the offices of Fisher-Price, Inc., 636 Girard Avenue, East Aurora, New York 14052, upon oral examination.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendant Fisher-Price, Inc. is required to designate one or more officers, directors, managing agents, or other persons who consent to do so, to be prepared to testify on its behalf as to the matters designated in the attached Schedule "A," and to have with him/her at the time of the deposition, those items designated on the attached Schedule "B." The deposition is being taken for the purpose of discovery and/or use at trial.



EXHIBIT 3

and to have with him/her at the time of the deposition, those items designated on the attached Schedule "B." The deposition is being taken for the purpose of discovery and/or use at trial.

## DEFINITIONS

A. As used herein, the word "document" or "documents" includes any written, printed, recorded or graphic matter or sound reproduction, however produced or reproduced, of any kind, including, but not limited to, the original or any coy of correspondence, records, memoranda, data, notes, communications, messages, telegrams, minutes, reports, schedules, tables, graphs, charts, books, accounts, vouchers, bills, statements, journals, ledgers, checks, invoices, contracts, agreements, orders, diaries, photographs, films, film strips and magnetic or other recorded tapes, however produced or reproduced, which are in your possession, custody or control.

B. As used herein, the terms "you" or "your" refer to Fisher-Price, Inc. and any person, organization or entity acting for or on its behalf, including any attorneys, and each and every other person, organization or entity acting or purporting to act on behalf of Fisher-Price, Inc.

C. The term "swing" as used in these requests refers to the specific Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, date code 3126SJ, that is the subject of this action and currently in the custody of the Decatur Police Department.

D. The terms "swing model" as used in these requests refer to all Fisher-Price Rainforest Open Top Take-Along Swings with a model or product number K7203.

E. The terms "seat pad," "seat frame," "seat hub," "seat back tube," "seat bottom tube," and "pad upper pocket" refer to the parts of the Fisher-Price Rainforest Open Top Take-Along Swing, product number K7203, as described in its instructions (Bates stamped FP000702 through FP000717).

SCHEDULE "A"

The individual(s) designated shall have knowledge of the following areas and/or matters:

1. Fisher-Price's use of a mechanism or other means to prevent the accidental folding or collapsing of infant swings designed, manufactured, distributed or sold by Fisher-Price in the ten (10) years preceding January 2, 2008, including, but not limited to, the uses of stop bosses and the geometry of the seat hub.

2. All consumer reports, complaints and suggestions relating to any actual or potential problem, failure, malfunction or defect in the swing model in any way involving:

    a. The seat collapsing or folding while in use by a child;

    b. The seat back moving or tilting forward while the swing is in use by a child;

    c. A user getting out of position while using the swing; or

    d. The collapsing or folding of the "seat pad," the "seat frame," the "seat hub," the "seat back tube," or the "pad upper pocket."

3. Fisher-Price's knowledge of any possible risk, hazard, or danger to the swing model's foreseeable users or consumers by use of the swing model.

4. Fisher-Price's knowledge of any possible risk, hazard, or danger to infants relating to flexion or obstruction of an infant's neck, the compromising of an infant's breathing or narrowing of an infant's airway, an infant's chin on his or her chest, the slumping forward of an infant's head, or the folding down of an infant's head.

5. Consumer reports, complaints and suggestions relating to the swing model involving the following Fisher-Price Reason Codes in the Consumer Affairs Tracking System (CATS):

    a. 1003    Potential suffocation/asphyxiation

    b. 1004    Alleged death

    c. 1008    Head or neck entrapment

    d. 1017    Child hits or is hit by part or product

    e. 1100    Consumer expresses product concern

3

f. 1122 Entrapment

g. 1367 Product tips over

h. 1382 Performance issue after product design change

i. 2507 Child out of position or fall/climb out

j. 2508 Fell, sat, step on or tip over product

k. 2535 Lock or latch failed

l. 3120 Falls apart/off or disassembles

m. 4252 2007 Rain Forest T/A swing recall

n. 5107 Does not fit or attach

o. 5126 Missing hardware

p. 5130 Missing parts (other)

q. 7125 Damage or misuse – no service

r. 7133 Product received (safety return)

s. 7134 Recall part or product returned

t. 7514 Recall refund request

u. 7522 Inquiry to confirm correct usage

v. 7901 Website comment

w. 7903 Website usage inquiry/issue

x. 8143 General recall inquiry

y. 8305 Objects to policy or action taken

z. 8312 Inquiry on consumer product safety act

aa. 8330 Objects to product

      bb.    8370    Regulatory contact (IDI)

      cc.    8371    Retail incident report

      dd.    9053    Performance issues (other)

6. Fisher-Price's knowledge and use of the Consumer Product Safety Commission's Retailer Reporting Model in the United States.

7. Consumer returns of the swing model to retail stores in the United States that reference or relate to any problem, failure, malfunction or defect in the seat of the swing model.

8. Fisher-Price's summaries of reported incidents in its records Bates Stamped FP004885, FP004494, FP004495, FP004866, and FP004887.

9. Consumer or retailer complaints, reports, and suggestions, as to the swing model that reference or relate to any problem, failure, malfunction or defect involving an issue of a child being out of position or falling out of seat, maneuvering out/over the seat or head entrapment, and head to the side of the seat or head entrapment.

10. Fisher-Price's intended uses, foreseeable uses, and known uses of the swing model.

11. The recall of the swing model in the United States, including, but not limited to, all reasons for the recall and any progress reports for any corrective action or recall plan.

12. The design requirements, processes and procedures used in the design of the swing model.

13. The requirements of standard ASTM F2088 and standard ASTM F963 and testing of the swing model for compliance with those standards.

14. Fisher-Price's quality assessment and control processes and procedures for the swing model, including processes or procedures to ensure the swing model's compliance with applicable consumer product statutes, codes and regulations.

15. The marketing and advertising of the swing model for sale, including any advertising literature or advertising media such as newsprint and television.

16. Fisher-Price's distribution of the swing into and within the United States.

17. Sales of the swing model in the United States, including the total annual unit volume, dollar value and gross sales.

## SCHEDULE "B"

The individual(s) designated shall have with him/her the following:

1. Color copies of all documents that reference or relate to any actual or potential problem, failure, malfunction or defect, or any consumer or retailer complaint, report, or suggestion, as to the swing model involving issues of a child being out of position or falling out of seat, maneuvering out/over the seat or head entrapment, or head to the side of the seat or head entrapment.

2. Color copies of all schematic drawings for the following Fisher-Price infant swing product numbers: K7203, M6709, J7740, J7240, J8050, and L1964 (This request includes any schematic or diagram which documents any improvements or design changes, whether those improvements or changes were ultimately put into production or not).

3. An exemplar of each of the following Fisher-Price swings:
    a. Product number K7203 (without stop bosses);
    b. Product number K7203 (with added stop bosses);
    c. Product number J7740;
    d. Product number J7240
    e. Product number J8050;
    f. Product number M6709; and
    g. Product number L1964.

4. Color copies of all documents that reference or relate to any consumer report, complaint or suggestion as to the swing model involving the following Fisher-Price Reason Codes in Fisher-Price's Consumer Affairs Tracking System (CATS):

    a.   1003   Potential suffocation/asphyxiation

    b.   1004   Alleged death

    c.   1008   Head or neck entrapment

    d.   1017   Child hits or is hit by part or product

    e.   1100   Consumer expresses product concern

    f.   1122   Entrapment

    g.   1367   Product tips over

    h.   1382   Performance issue after product design change

i.   2507   Child out of position or fall/climb out

j.   2508   Fell, sat, step on or tip over product

k.   2535   Lock or latch failed

l.   3120   Falls apart/off or disassembles

m.   4252   2007 Rain Forest T/A swing recall

n.   5107   Does not fit or attach

o.   5126   Missing hardware

p.   5130   Missing parts (other)

q.   7125   Damage or misuse – no service

r.   7133   Product received (safety return)

s.   7134   Recall part or product returned

t.   7514   Recall refund request

u.   7522   Inquiry to confirm correct usage

v.   7901   Website comment

w.   7903   Website usage inquiry/issue

x.   8143   General recall inquiry

y.   8305   Objects to policy or action taken

z.   8312   Inquiry on consumer product safety act

aa.  8330   Objects to product

bb.  8370   Regulatory contact (IDI)

cc.  8371   Retail incident report

dd.  9053   Performance issues (other)

5. Color copies of all documents relating to any possible risk, hazard, or danger to infants by flexion or obstruction of an infant's neck, the compromising of an infant's breathing or narrowing of an infant's airway, an infant's chin on his or her chest, the slumping forward of an infant's head, or the folding down of an infant's head.

\* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to the following by facsimile and U.S. mail this 4th day of March, 2010:

C. Barry Montgomery
Edward J. Murphy
Williams Montgomery & John, Ltd.
233 S. Wacker Drive, Suite 6100
Chicago, IL 60606-6359
Attorneys for Defendants

_____
Shane M. Dean
Florida Bar No.: 499889
BOZEMAN, JENKINS & MATTHEWS, P.A.
114 East Gregory Street (32502)
Post Office Box 13105
Pensacola, FL 32591-3105
(850) 434-6223 Telephone
(850) 434-5242 Facsimile
Email: sdean@bjm-law.com

Gary F. Geisler
Illinois Bar No.: 00930350
GEISLER LAW OFFICES
241 South Main Street
Post Office Box 1547
Decatur, IL 62525-1547
(217) 423-8081 Telephone

Attorneys for Plaintiffs