

February 26, 2010

Edward J. Murphy
William Montgomery & John
233 South Wacker Drive, Suite 6100
Chicago, Illinois 60606

Dear Mr. Murphy,

In preparing this report I have reviewed these materials:

- ASTM F963 Standard Consumer Safety Specification for Toy Safety
- ASTM F2088 Standard Consumer Safety Specification for Infant Swings
- Report of William F. Kitzes, J.D., November 30, 2009
- Report of Charles E. Benedict, Ph. D., P.E., November 16, 2009
- Report of Andrea N. Minyard, M.D., November 2, 2009
- Portions of the Deposition of Charles E. Benedict, Ph. D., P.E.,
- Amended Complaint Murphy v. Fisher-Price, Inc. and Target Corporation
- Deposition of Catherine Pilarz
- Sections of the Federal Hazardous Substances Act
- Recall notice for Fisher-Price Rainforest Infant Swing May 30, 2007, release #07-197

The opinions expressed in this report are based upon my review of the above listed material, my education, training and experience, and my familiarity with the K 7203 Fisher-Price Rainforest Open Top Take along Swing. I hold these opinions to a reasonable degree of certainty. See also my deposition testimony taken on September 23, 2009.

### Qualifications
Attached is my resume which details my education, experience and training. I have not testified as an expert at trial or by deposition during the previous four years.

### Product Safety System
The Fisher-Price product safety system assures products are safe for the intended user, and meet all applicable regulations and standards. Some of the key elements are:

#### Child Research
We regularly evaluate products with children and with caregivers. We assure products fit the users, and can be easily assembled and operated. We perform research related to the capabilities of children. We perform in-home testing with new products. Child Research determines the appropriate age grade or developmental level for products.

EXHIBIT F

### Hazard Analysis (Safety Audit)
Our Safety Committee performs hazard analysis (or safety audit) on all juvenile products, including swings. The analysis is performed by experienced engineers, and law department personnel who are experts in the areas of product safety for children. They have many years of experience in the safety of toys and juvenile products. They are familiar with risks to children and research on related topics, as well as recalls in the industry. The analysis includes review of incident data for related products.

The hazard analysis provides a disciplined team approach to the evaluation of product use and foreseeable misuse.

### Product Testing
Products are tested to assure compliance with our internal requirements as well as applicable regulations and standards.

### Consumer Relations
We collect product related information from consumers and carefully analyze it. We determine whether corrective action, product improvements, or new or revised test protocols are appropriate. We also determine if there is a reporting obligation in the United States or abroad.

### Warnings
Fisher-Price adheres to the principals of the safety hierarchy: identify hazards, eliminate hazards where possible, and warn where appropriate.

The product integrity department, with input from members of the product development team, and law department, develops the warnings for each product and identifies the appropriate location for the warnings. This process includes assuring the warnings comply with applicable regulations and standards, and that they address the appropriate hazards.

## **Evaluation of K7203 Swing Design**
The K7203 Fisher-Price Rainforest Open Top Take along Swing was designed to be safe and appropriate for babies who have not yet become active such that they may be able to climb out of the product. It was not unreasonably dangerous.

In keeping with Fisher-Price's robust product safety system, the product was designed to meet our internal requirements for safe swing design. During the design process the product was evaluated by our Safety Committee who performed a hazard analysis. This analysis is performed with product safety experts, and incorporates our knowledge of children's product safety as well as our own analysis of safety data related to infant swings, and to our own swings of similar design.

## **Testing of K7203 Rainforest Take Along Swing**
Our product safety system assures compliance to applicable regulations and standards including the Code of Federal Regulations and the applicable consensus standards.

The product meets the requirements of the Code of Federal Regulations. Specifically it meets the requirements of 16 CFR 1500. It is not a banned hazardous substance per section 1500.3 (b) (15) (i) (B), nor does it have mechanical hazards per section 1500.3 (b) (17)

The toy components meet the requirements of ASTM F963 Standard Consumer Safety Specification for Toy Safety. It should be noted that ASTM F963 does not apply to infant swings.

The K7203 swing meets the requirements of ASTM F2088. Specifically it complies with the requirements of section 6.3 and the associated test method in section 7.4. It should be noted that the test for unintentional folding as described in section 7.4 applies specifically to legs. Section 5.5 Scissoring shearing, pinching prevents scissoring, shearing and pinching hazards that may cause injury when the edges of rigid parts admit a probe greater than 0.210 in. and less than 0.375 in. diameter at any accessible point throughout the range of motion of such parts. The product has been tested and complies with this requirement.

Testing has been performed by Mattel laboratories and by independent third party laboratories to verify compliance with these standards.
The requirements of 16 CFR 1505 are not applicable to infant swings. Per Section 1505.1 from the Code of Federal Regulations:

> The term "electrically operated toy or other electrically operated article intended for use by children" means any toy, game, or other article designed, labeled, advertised, or otherwise intended for use by children which is intended to be powered by electrical current from nominal 120 volt (110–125 v.) branch circuits.

### Warnings
The warnings on the K7203 Fisher-Price Rainforest Open Top Take-Along Swing and in the instructions are appropriate and comply with all applicable standards including the Fisher-Price procedures for warnings on swings, as well at the requirements of ASTM F2088.

### Reporting Obligation
Fisher-Price met our Consumer Product Safety Act section 15b reporting obligations with respect to the model K7203 swing. . The K7203 swing complied with applicable consumer product safety rules. It did not contain a defect which could create a substantial product hazard, nor did it create an unreasonable risk of serious injury or death.

Fisher-Price did file an informational section 15(b) report on April 3, 2007. In that report we did provide detailed information regarding occupants leaning or falling out of the swing.

### Recall
On May 30, 2007 Fisher-Price and CPSC announced a voluntary recall of the K7203 Rainforest Infant Swing. The recall was intended to address the entrapment hazard

associated with infants shifting to the side of the swing and becoming caught between the frame and the seat. The recall was not related to the seat back folding forward.

Please let me know if you have any additional questions.

Yours truly,

Catherine Pilarz

Senior Director
Product Safety