

February 24, 2010

Edward J. Murphy
William Montgomery & John
233 South Wacker Drive, Suite 6100
Chicago, Illinois 60606

**RE: Murphy vs. FP**

Dear Mr. Murphy

I have reviewed the following material in preparation for writing this report.

- ASTM F2088, Standard Consumer Safety Specification for Infant Swings
- ASTM F963,
- Recall notice for the Fisher-Price Rainforest Infant Swing
- Deposition of Michael Steinwachs
- Report of William F Kritzes, J.D., November 30, 2009
- Report of Charles E. Bendict, Ph. D., P.E., November 16, 2009
- Report of Andrea N Minyard, M.D., November 2, 2009
- Portions of the deposition of Charles E. Bendict, Ph. D., P.E., February 17, 2010.
- Fisher – Price K7203 Product Requirements Document
- Plaintiffs First Amended Complaint
- Intertek Testing Services (ITS) Test Reports

The below opinions in this report are based on my review of the above listed documents, my education, work experience and familiarity with the K7203 and related products and are held by me to a reasonable degree of certainty. Also reference my deposition testimony taken on 9/22/2009.

**Qualifications:** I provided a complete list of my employment experience, education and certifications during my deposition. I have not testified as an expert at trial or by deposition during the previous four years.

**Involvement with K7203 Rainforest Infant Swing Development:** I advised the development team on the necessary product performance, regulatory and voluntary standards requirements necessary to design and manufacture this type of product. These requirements are listed in the K7203 Product Requirements Document (PRD). I participated in numerous safety milestones, such as Hazard Analysis, PI Review and Consumer Assembly Review which were conducted during the development of this product. I verified that the product testing was properly performed prior to production start (PS). I verified that product was tested in accordance with and meets requirements of JPMA (Juvenile Products Manufacturing Association) swing certification program.

**Testing of the K7203 Rainforest Infant Swing:** The K7203 Rainforest Infant Swing was tested to all of the requirements listed in the K7203 PRD. The PRD includes regulatory, voluntary requirements for Infant Swings (e.g. ASTM F2088), Code of Federal Regulations and proprietary Fisher-Price requirements.

EXHIBIT
C

The K7203 meets all requirements in the PRD and ASTM F2088 including section 6.3 and the test methods described in section 7.4. It should be noted that the test described in 7.4 applies specifically to legs and does not apply to the folding seat. The K7203 was successfully tested to all of the applicable requirements of ASTM F2088 in the Mattel MAPS test lab and at the JPMA designated test lab ITS (Intertek Testing Services)

This product meets the requirements of the Code of Federal Regulations specifically 16 CFR 1500. The product is not a banned hazardous substance per section 1500.3(b) (15) (i) (B) and does not have any mechanical hazards per section 1500.3(b) (17). The requirements of 16 CFR 1505 are not applicable to infant swings as per section 1505.1.

The toy components included with the K7203 were tested to and meet all necessary requirements of ASTM F963. The swing is not a toy and the requirements of ASTM F963 do not apply to the swing itself.

**Warning Statements:** The warnings statements on the K7203 Rainforest Infant Swing, and in the instructions, meet all applicable standards including Fisher-Price and ASTM F2088 requirements.

**Examination of Plaintiff's K7203 Rainforest Infant Swing:** The plaintiff's swing, blanket and other physical evidence was examined at the Decatur Illinois police department on 7/16/2009. Attorneys Ed Murphy and Shane Dean were present during the examination. The swing frame was broken and could not be lifted without the leg and cross brace tubes falling apart. The seat pad was very dirty and soiled. The dark soiled area was visible at the seat bight on both the front and back side of the seat. There were holes and tears visible on the head support. I took photos of the each piece of evidence and did not take written notes.

**Condition of K7203 prior to Plaintiff's Purchase:** The Fisher-Price Model K7203 swings were inspected and found to meet all requirements outlined in the K7203 PRD prior to shipment to retails. The K72030 was not in an unreasonably dangerous condition at the time of shipment.

**Recall:** On 5/30/2007, Fisher-Price and CPSC announced a voluntary recall of the model K7203 Rainforest Infant Swing. The recall was intended to address the entrapment hazard associated with infants shifting to the side of the swing and becoming caught between the frame and the seat. The recall was not related to the seat back folding forward.

Please let me know if you have any questions.

Sincerely,

Michael P Steinwachs
Senior Staff Engineer