# NEWS from CPSC

## U.S. Consumer Product Safety Commission

Office of Information and Public Affairs

Washington, DC 20207

FOR IMMEDIATE RELEASE
May 30, 2007
Release #07-197

**Firm's Recall Hotline: (888) 303-5631**
CPSC Recall Hotline: (800) 638-2772
CPSC Media Contact: (301) 504-7908

## Fisher-Price Rainforest Infant Swings Recalled Due to Entrapment Hazard

WASHINGTON, D.C. - The U.S. Consumer Product Safety Commission, in cooperation with the firm named below, today announced a voluntary recall of the following consumer product. Consumers should stop using recalled products immediately unless otherwise instructed.

**Name of product:** Rainforest Open Top Take-Along™ Swings

**Units:** About 112,000 (an additional 15,000 were sold worldwide)

**Importer:** Fisher-Price, of East Aurora, NY

**Hazard:** Infants can shift to one side of the swing and become caught between the frame and seat, posing an entrapment hazard.

**Incidents/Injuries:** Fisher-Price has received 60 reports of the infants becoming entrapped, resulting in cuts, bumps, bruises and red marks.

**Description:** This recall involves Portable Rainforest Take Along Swings with a palm tree mobile and two hanging plush toys. The swings are approximately 23-inches-high and have two carry handles on the left and right sides. Model numbers K7203, K7192 and K7195 are included in the recall. Model numbers are located under the right handle on the swing. No other collection of Rainforest swings or products are included in this recall.

**Sold at:** Discount department stores and toy stores nationwide from November 2006 to May 2007 for about $65.

**Manufactured in:** China

**Remedy:** Consumers should immediately stop using the swing and contact Fisher-Price for instructions on how to return it to receive a voucher for a replacement product.

**Consumer Contact:** For additional information, call Fisher-Price toll-free at (888) 303-5631 anytime, or visit the firm's Web site at www.service.mattel.com

EXHIBIT H

http://www.cpsc.gov/cpscpub/prerel/prhtml07/07197.html

FP000212

4/3/2009



Send the link for this page to a friend! The U.S. Consumer Product Safety Commission is charged with protecting the public from unreasonable risks of serious injury or death from thousands of types of consumer products under the agency's jurisdiction. The CPSC is committed to protecting consumers and families from products that pose a fire, electrical, chemical, or mechanical hazard. The CPSC's work to ensure the safety of consumer products - such as toys, cribs, power tools, cigarette lighters, and household chemicals - contributed significantly to the decline in the rate of deaths and injuries associated with consumer products over the past 30 years.

To report a dangerous product or a product-related injury, call CPSC's hotline at (800) 638-2772 or CPSC's teletypewriter at (800) 638-8270, or visit CPSC's web site at www.cpsc.gov/talk.html. To join a CPSC email subscription list, please go to https://www.cpsc.gov/cpsclist.aspx. Consumers can obtain this release and recall information at CPSC's Web site at www.cpsc.gov.